UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE ESCOBEDO, | CIV. NO. 1:15-1144 WBS SKO |
| Plaintiff, | ORDER |
| v. | |
| ME-N-ED'S PIZZERIAS, INC. dba ME-N-ED'S PIZZA PARLOR, et al., | |
| Defendants. | |

----oo0oo----

The court has determined that this case is appropriate for an early settlement conference before the assigned magistrate judge. The parties shall contact the assigned magistrate judge's courtroom deputy no later than December 14, 2015, by phone or email to schedule an early settlement conference. The early settlement conference shall be conducted no later than January 11, 2016. Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

1

1           Each party is ordered to have a principal with full
2  settlement authority present at the conference or be fully
3  authorized to settle the matter on any terms.  No later than
4  seven days before the date of the settlement conference, counsel
5  for each party shall submit a confidential Settlement Conference
6  Statement to the settlement judge.  Such statements shall not be
7  filed, but shall be emailed to SKOorders@caed.uscourts.gov.  Upon
8  emailing the Settlement Conference Statement, each party shall
9  e-file a one page document entitled "Notice of Submission of
10 Confidential Settlement Conference Statement."

11          No later than seven days before the date of the early
12 settlement conference, counsel for each party shall file a waiver
13 of disqualification of the assigned magistrate judge pursuant to
14 Local Rule 270(b).  Absent the filing of a waiver of
15 disqualification by each party, the settlement conference will be
16 vacated and reassigned to another magistrate judge.

17          To avoid the unnecessary expenditure of costs and
18 attorneys' fees, this action is hereby stayed pending conclusion
19 of the early settlement conference.  No later than five days
20 after the settlement conference, the parties shall file a joint
21 statement indicating whether a settlement was reached.

22          The court hereby resets the Status (Pretrial
23 Scheduling) Conference for February 16, 2016 at 1:30 PM in
24 Courtroom 5.  If a settlement is not reached at the early
25 settlement conference, the parties shall submit an Amended Joint
26 Status Report no later than February 2, 2016.
27          IT IS SO ORDERED.
28

Any objections or suggested modifications to this Pretrial Order shall be filed and served within five court days from the file-stamped date of this Order.  All references herein to the date of this Order shall refer to the date the tentative order is filed and not to the date any amended order is filed.  If no objections or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure.

Dated:    November 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3