Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>           Plaintiff,<br><br>    vs.<br><br>ME-N-ED'S PIZZERIAS, INC. dba ME-N-ED'S PIZZA PARLOR, et al.,<br><br>           Defendants. | No.  1:15-cv-01144-WBS-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Me-N-Ed'S Pizzerias, Inc. dba Me-N-Ed'S Pizza Parlor, and Blackstone Village, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: January 6, 2016			MOORE LAW FIRM, P.C.


					*/s/ Tanya E. Moore*
					Tanya E. Moore
					Attorney for Plaintiff,
					Jose Escobedo


Dated: January 6, 2016			LAW OFFICE OF SUNIL A. BRAHMBHATT, PLC.


					*/s/ Sunil A. Brahmbhatt*
					Sunil A. Brahmbhatt
					Attorney for Defendants,
					Me-N-Ed's Pizzerias, Inc. dba Me-N-Ed's
					Pizza Parlor, and Blackstone Village, LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

**Dated:  January 6, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE